United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Omar Mohsen Ibrahim Fouad, Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 20-20281-Civ-Scola ) |
| City of Miami, Defendant. | ) ) |

### Order Denying Motion for Referral to Volunteer Attorney Program

This matter is before the Court upon Plaintiff Omar Mohsen Ibrahim Fouad's motion for referral to the volunteer attorney program. (**ECF No. 4**.) Having reviewed the request and the record, the Plaintiff's motion is **denied without prejudice**. The Court previously referred the Plaintiff's separate motion for leave to proceed *in forma pauperis* and a 28 U.S.C. § 1915(e)(2) determination to Magistrate Judge Torres. (ECF No. 5.) Judge Torres denied the motion for leave to proceed *in forma pauperis* with leave to renew and ordered the Plaintiff to either show cause why the action should not be dismissed or amend the complaint by March 10, 2020. (Order, ECF No. 6.) As Judge Torres explained, "on the face of the complaint the Court cannot deem the claims to be non-frivolous." (*Id.* at ¶ 5.) Accordingly, this case is not appropriate for referral for listing on the Court's volunteer-lawyer website at this time.

The Court directs the Clerk to **mail copies of this order** to the Plaintiff at the address listed below.

**Done and ordered**, at Miami, Florida, on **February 26, 2020**.

_____
Robert N. Scola, Jr.
United States District Judge

Copy, via U.S. Mail, to:
Omar Mohsen Ibrahim Fouad
3101 SW 12th Place
Fort Lauderdale, FL 33312